PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Roberto Finzi**
**Direct Dial:** +1 212 373 3311
**Email:** rfinzi@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

**MEMO ENDORSED**

The application is granted. Coles' sentencing submission is due to September 14, 2026.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 9/14/2026
New York, New York

September 11, 2026

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York

40 Foley Square
New York, NY 10007

Re: ***United States* v. *James Coles***
Case No. 25-cr-00321 (ER)

Dear Judge Ramos:

We are CJA counsel to James Coles in the above-referenced matter. Because we have not received the final version of Mr. Coles' Presentence Report ("PSR"), we write to respectfully request a brief extension of the deadline to file our sentencing submission.

Your Honor has set sentencing in this case for September 25, 2026. According to Your Honor's Sentencing Procedures, the Defendant's sentencing submission shall be served two weeks in advance of that date, making the Defense's deadline for its sentencing submission today, September 11, 2026.

As of the writing of this letter, the Defense has not yet received the final version of the PSR, and based on prior communications with Probation Services, we understand that they intend to disclose the final version of the PSR sometime today, September 11, 2026. We accordingly seek a brief extension of the deadline to serve Mr. Coles' sentencing submission to Monday, September 14, 2026, or 24 hours after receiving the final PSR, whichever comes later.

The government consents to this brief extension, and has indicated that, provided that our submission is filed early next week, it will not seek extension to its September 18, 2026 deadline for serving its own sentencing submission. This is our first requested extension.

Respectfully submitted,

/s/ Roberto Finzi

Roberto Finzi
Richard Tarlowe